No. A–1035. REGAN, SECRETARY OF THE TREASURY, ET AL. *v.* WALD ET AL. Application to stay the mandate of the United States Court of Appeals for the First Circuit, presented to JUSTICE BRENNAN, and by him referred to the

Court, is granted pending the timely filing and disposition of a petition for writ of certiorari. JUSTICE BRENNAN and JUSTICE STEVENS would deny the application.